UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 13-33804 |
| Thomas F. Dennis | ) | In Bankruptcy (Dayton) |
| Pamela J. Dennis | | Chapter 7 |
| | ) | |
| Debtor(s) | | |

**CERTIFICATION OF COMPLIANCE WITH THE SERVICE OF THE TAX RETURN AND WAGE STATEMENTS OF THE DEBTOR(S) UPON THE TRUSTEE**

I certify that a copy of the debtor(s)' last federal and state tax returns and wage statements for the period of 60 days prior to filing of the debtor(s)' petition in bankruptcy were served upon the Trustee listed below as required by 11 U.S.C. Section 521 and Local Rules on the 8th day of October 2013.

/s/ Harold Jarnicki
Harold Jarnicki (#0027595)
Attorney for Debtor(s)
576 Mound Court, Suite B
Lebanon, Ohio 45036
(513) 932-5792

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Certification of Compliance was served electronically upon the following parties on this 8th day of October 2013:

Served Electronically:

Donald F. Harker, Esq., Trustee, One First National Plaza, Suite 2103, 130 West Second Street, Dayton, Ohio 45402

Office of the U.S. Trustee, 170 N. High Street, Suite 200, Columbus, Ohio 43215

Served by regular US Mail:

Thomas and Pamela Dennis, 154 Virginia Street, Morrow, Ohio 45152

/s/ Harold Jarnicki
Harold Jarnicki
Attorney for Debtor(s)